IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JUDY FREEMAN**                                                                                                    **PLAINTIFF**

**V.**                           **CASE NO.: 3:14CV00068 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## ORDER

Pending is the Commissioner of the Social Security Administration's Unopposed Motion to Remand. (docket entry #12) For good cause shown, the Commissioner's motion (#12) is GRANTED. This case is remanded under sentence four of 42 U.S.C. § 405(g), for further administrative action.

DATED this 12th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE