## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JUDY FREEMAN**                                                                 **PLAINTIFF**

**V.**                              **CASE NO.: 3:14CV00068 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                **DEFENDANT**

### JUDGMENT

The decision of Carolyn W. Colvin, Acting Commissioner, Social Security

Administration, is reversed and remanded, and judgment is entered in favor of Judy

Freeman.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and

*Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 12th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE