# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**JUDY FREEMAN**                                                                                     **PLAINTIFF**

V.                  **CASE NO.: 3:14CV00068 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
Social Security Administration                                                 **DEFENDANT**

## ORDER

Plaintiff Judy Freeman has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #15) In her motion, Ms. Freeman requests fees and expenses in the amount of $1,739.57. The Commissioner does not object to the amount requested. (#17)

Ms. Freeman's motion (#15) is GRANTED, and she is awarded $1,739.57 in fees and expenses, subject to offset if she has outstanding federal debts.

DATED this 23rd day of October, 2014.

                                                          _____
                                                          UNITED STATES MAGISTRATE JUDGE